**STATE of Missouri, Respondent,**

**v.**

**Anthony C. BRITTON, Appellant.**

**No. WD 75751.**

Missouri Court of Appeals,
Western District.

March 25, 2014.

Robert J. Bartholomew, Jr., Jefferson City, MO, for respondent.

Rosemary E. Percival, Kansas City, MO, for appellant.

Before Division Two: GARY D. WITT, Presiding Judge, LISA WHITE HARDWICK, Judge and ALOK AHUJA, Judge.

**ORDER**

PER CURIAM:

Appellant Anthony C. Britton appeals his conviction following a jury trial of one count of the class A felony of murder in the second degree, section 565.021; one count of the class A felony of robbery in the first degree, section 569.020; and two counts of the unclassified felony of armed criminal action, section 571.015. We affirm. Rule 30.25(b). A memorandum setting forth the reasons for this order has been provided to the parties.